UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

EULALIA DIEGO PASCUAL,                                          Petitioner,

v.                                          Civil Action No. 4:26-cv-500-DJH

JASON WOOSLEY, Jailer, Grayson County
Detention Center et al.,                                          Respondents.

\* \* \* \* \*

## ORDER

Petitioner Eulalia Diego Pascual, by counsel, filed a petition seeking a writ of habeas corpus under 28 U.S.C. § 2241. (Docket No. 1) Soon thereafter, she filed a notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (D.N. 7) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and is **CLOSED** and **STRICKEN** from the Court's docket.

July 29, 2026

**David J. Hale, Chief Judge**
**United States District Court**

1